IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 2:19-cr-00167

WILLIAM ANTHONY SPARKS,
a.k.a. "Chill"

## MEMORANDUM OPINION AND ORDER

Pending before the court is the government's motion to continue trial in this case due to the public health threat caused by the COVID-19 virus and the General Orders entered in the Southern District of West Virginia.  (ECF No. 49).  Pursuant to this court's earlier Order, (ECF No. 45), a jury trial was set in this case for May 20, 2020, and proposed voir dire questions, jury instructions, and witness lists were due by May 13, 2020.  Pretrial motions were due by April 27, 2020, with a pretrial motions hearing set for May 4, 2020.  (Id.)  The court hereby **GRANTS** the government's motion to continue, and **ORDERS** that the jury trial be **CONTINUED** to June 16, 2020, at 9:30 a.m. in Charleston.  Proposed voir dire questions, jury instructions, and witness lists are due to the court by June 9, 2020.  Pretrial motions are due by June 1, 2020, and the pretrial motions hearing is continued to June 8, 2020, at 11:30 a.m. in Charleston.

Pursuant to the General Order #5 issued by Chief Judge Thomas E. Johnston on April 14, 2020, the court has been directed to continue all criminal jury trials in the Southern District of West Virginia through May 31, 2020.  See In Re: Court Operations in Light of the Exigent Circumstances Presented by the COVID-19 Pandemic, No. 2:20-mc-00052 (S.D.W. Va. April 14, 2020) (Johnston, C.J.).  In ordering the continuance of defendant's trial in this matter, the court finds that due to the current danger to the public health caused by COVID-19, the ends of justice served by ordering the continuance outweigh the interests of the public and the defendant's right to a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A).  In so finding, the court considered the factors outlined in 18 U.S.C. § 3161(h)(7)(B) and finds that a failure to order this continuance "would be likely to make a continuation of such proceeding impossible, or result in a miscarriage of justice."  Id. § 3161(h)(7)(B)(i).

Accordingly, the court hereby **ORDERS** as follows:

I.    Pretrial motions are due to the court by **June 1, 2020;**

II.   The pretrial motions hearing is continued until **June 8, 2020, at 11:30 a.m. in Charleston;**

III.  Proposed Jury Instructions, Proposed Voir Dire, and Proposed Witness Lists are due to the court by **June 9, 2020;**

IV.    Trial of this action is continued until **June 16, 2020, at**

**9:30 a.m. in Charleston;**

V.    Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time from May

20, 2020, to the new trial date of June 16, 2020, is

excludable for purposes of the Speedy Trial Act.

The Clerk is directed to send a copy of this Memorandum

Opinion and Order to all counsel of record, to the United States

Marshal for the Southern District of West Virginia, and to the

Probation Office of this court.

IT IS SO ORDERED this 24th day of April, 2020.

**ENTER:**

David A. Faber
Senior United States District Judge