IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:19-cr-00167

WILLIAM ANTHONY SPARKS,
a.k.a. "Chill"

## MEMORANDUM OPINION AND ORDER

Pending before the court is defendant's Motion to Schedule Guilty Plea Hearing and for Specific Performance of Plea Agreement. (ECF No. 53.) The court held a hearing on the motion on June 29, 2020 in Charleston. For the reasons placed on the record at the hearing, the court **GRANTED** defendant's motion. The court now **ORDERS** a Guilty Plea Hearing to be scheduled for July 14, 2020, at 10:00 a.m. in Charleston.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to all counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

IT IS SO ORDERED this 29th day of June, 2020.

**ENTER:**

David A. Faber
Senior United States District Judge