IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.                                              Criminal No. 2:19-00167

WILLIAM ANTHONY SPARKS

### MEMORANDUM OPINION AND ORDER

Pending before the court is defendant William Anthony Sparks's Motion to Extend Self-Report Date.  (ECF No. 73.)  Defendant seeks a 30 day extension.

Defendant is scheduled to surrender to the BOP to begin serving an 18 month sentence today, November 12, 2020.  Yesterday, defendant's probation officer in the Eastern District of Michigan informed defendant's counsel that defendant had been hospitalized after sustaining a serious injury to his hand.  He was scheduled for surgery and may need an additional surgery.  It is currently unknown when defendant will be discharged from the hospital.

For good cause shown, defendant's motion is **GRANTED.**  Defendant is ordered to surrender for service of his sentence at the institution designated by the Bureau of Prisons before 2:00 p.m. on December 14, 2020.  If the defendant does not receive a designation from the Bureau of Prisons on or before December 14, 2020, he shall surrender to the United States Marshals Service in Charleston, West Virginia before 2:00 p.m. on that date.

The Clerk is directed to send a copy of this Order to counsel of record, the United States Marshal for the Southern District of West Virginia, and the Probation Office of this court.  The Probation Office of this court is directed to forward a copy of this Order to the Probation Office of the Eastern District of Michigan.

**IT IS SO ORDERED** this 12th day of November, 2020.

ENTER:

David A. Faber
Senior United States District Judge