IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.                                          Criminal No. 2:19-00167

WILLIAM ANTHONY SPARKS

### AMENDED MEMORANDUM OPINION AND ORDER

Pending before the court is defendant William Anthony Sparks's Motion to Extend Self-Report Date. (ECF No. 73.) Defendant seeks a 30 day extension.

Defendant is scheduled to report to FCI – Elkton[1] to begin serving an 18 month sentence today, November 12, 2020. Yesterday, defendant's probation officer in the Eastern District of Michigan informed defendant's counsel that defendant had been hospitalized after sustaining a serious injury to his hand. He was scheduled for surgery and may need an additional surgery. It is currently unknown when defendant will be discharged from the hospital.

For good cause shown, defendant's motion is **GRANTED.** Defendant is ordered to report for service of his sentence at FCI – Elkton, 8730 Scroggs Road, Elkton, OH 44415, no later than 2:00 p.m. on December 14, 2020.

---

[1] Defendant's motion (ECF No. 73) did not convey that defendant had received a designation to report to this institution. Defendant's counsel later informed the court of this designation, and the court is now amending its previous order in light of this information.

The Clerk is directed to send a copy of this Order to counsel of record, the United States Marshal for the Southern District of West Virginia, the Probation Office of this court, and the Warden of FCI – Elkton.  The Probation Office of this court is directed to forward a copy of this Order to the Probation Office of the Eastern District of Michigan.

**IT IS SO ORDERED** this 12th day of November, 2020.

ENTER:

David A. Faber
Senior United States District Judge