IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.                                    Criminal No. 2:19-00167

WILLIAM ANTHONY SPARKS

## MEMORANDUM OPINION AND ORDER

Pending before the court is defendant William Anthony

Sparks's Motion to Extend Self-Report Date.  (ECF No. 77.)

Defendant seeks a 30-day extension so that he can receive

additional medical treatment for his badly injured hand.

Defendant was originally scheduled to report to FCI –

Elkton to begin serving an 18-month sentence on November 12,

2020.  On November 11, 2020, defendant's probation officer in

the Eastern District of Michigan informed defendant's counsel

that defendant had been hospitalized after sustaining a serious

injury where his hand was impaled.  The injury required surgery.

Upon defendant's motion, the court continued his self-report

date to December 14, 2020.

Defendant's probation officer has recently informed his

counsel that defendant's hand is still in very bad condition.[1]

---

[1] After filing the motion for continuance, defendant's counsel
received and forwarded a picture of defendant's hand to the
court, with a copy to counsel for the government.  The picture
reveals a hand with stitches on the pinky and with what appear
to be four metal rods inserted into the ring finger.  The rods
are connected to a device that appears to be holding the finger
in place.  Portions of the hand appear to be oozing blood.  In

Attached to defendant's motion is a schedule of 8 physical therapy appointments to take place over the next 30 days.

For good cause shown, defendant's motion is **GRANTED.** Defendant is ordered to report for service of his sentence at FCI – Elkton, 8730 Scroggs Road, Elkton, OH 44415, no later than 2:00 p.m. on **January 14, 2021.**

The Clerk is directed to send a copy of this Order to counsel of record, the United States Marshal for the Southern District of West Virginia, the Probation Office of this court, and the Warden of FCI – Elkton.  The Probation Office of this court is directed to forward a copy of this Order to the Probation Office of the Eastern District of Michigan.

**IT IS SO ORDERED** this 11th day of December, 2020.

ENTER:

David A. Faber
Senior United States District Judge

---

short, the hand does appear to be in serious need of further healing and medical attention.

2