IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.                                    Criminal No. 2:19-00167

WILLIAM ANTHONY SPARKS

### MEMORANDUM OPINION AND ORDER

Pending before the court is defendant William Anthony Sparks's Motion to Extend Self-Report Date. (ECF No. 79.) Defendant seeks a 30-day extension so that he can receive additional medical treatment for his hand, which remains badly injured.

Defendant was originally scheduled to report to FCI – Elkton to begin serving an 18-month sentence on November 12, 2020. On November 11, 2020, defendant's probation officer in the Eastern District of Michigan informed defendant's counsel that defendant had been hospitalized after sustaining a serious injury where his hand was impaled. The injury required surgery. Upon defendant's motion, the court continued his self-report date to December 14, 2020.

On December 11, 2020, defendant filed another motion to extend his self-report date. The court found good cause to grant the motion because defendant's hand was still in very bad

condition[1] and he had 8 physical therapy appointments scheduled to take place over the 30 days that followed the motion.

Today, defendant filed another motion to continue his self-report date by at least 30 days.  Again, he shows that his hand remains in bad condition and needs further treatment.  Specifically, he is scheduled for surgery tomorrow.

For good cause shown, defendant's motion is **GRANTED.**  Defendant is ordered to report for service of his sentence at FCI – Elkton, 8730 Scroggs Road, Elkton, OH 44415, no later than 2:00 p.m. on **February 16, 2021**.

The Clerk is directed to send a copy of this Order to counsel of record, the United States Marshal for the Southern District of West Virginia, the Probation Office of this court, and the Warden of FCI – Elkton.  The Probation Office of this court is directed to forward a copy of this Order to the

---

[1] After filing that motion, defendant's counsel received and forwarded a picture of defendant's hand to the court, with a copy to counsel for the government.  The picture revealed a hand with stitches on the pinky and with what appeared to be four metal rods inserted into the ring finger.  The rods were connected to a device that appeared to be holding the finger in place. Portions of the hand appear to be oozing blood.  In short, the hand appeared to be in serious need of further healing and medical attention.

Probation Office of the Eastern District of Michigan.

**IT IS SO ORDERED** this 14th day of January, 2021.

        ENTER:

        *David A. Faber*
        David A. Faber
        Senior United States District Judge