IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.                                         Criminal No. 2:19-00167

WILLIAM ANTHONY SPARKS

### MEMORANDUM OPINION AND ORDER

Pending before the court is defendant William Anthony Sparks's Motion to Extend Self-Report Date. (ECF No. 81.) Defendant seeks a 4-month extension so that he can receive additional medical treatment for his badly injured hand.

Defendant was originally scheduled to report to FCI – Elkton to begin serving an 18-month sentence on November 12, 2020. On November 11, 2020, defendant's probation officer in the Eastern District of Michigan informed defendant's counsel that defendant had been hospitalized after sustaining a serious injury where his hand was impaled. The injury required surgery. Upon defendant's motion, the court continued his self-report date to December 14, 2020.

On December 11, 2020, defendant filed another motion to extend his self-report date. The court found good cause to grant the motion because defendant's hand was still in very bad

condition[1] and he had 8 physical therapy appointments scheduled to take place over the 30 days that followed the motion.

On January 14, 2021, defendant filed another motion to continue his self-report date by at least 30 days. The court found good cause to grant the motion because defendant's hand was still in very bad condition and he was scheduled for surgery the next day.

In the motion now pending, defendant attaches a letter from his doctor which states that he needs 3-4 months to recover following his January 15, 2021 surgery. His request for a 4-month extension from his current report date of February 16, 2021, asks for about a month longer than his doctor says that he needs. Nevertheless, the court finds that erring on the side of additional time to recover is reasonable given the nature of the injury and the lack of opposition from the United States.

For good cause shown, defendant's motion is **GRANTED**. Defendant is ordered to report for service of his sentence at

---

[1] After filing that motion, defendant's counsel received and forwarded a picture of defendant's hand to the court, with a copy to counsel for the government. The picture revealed a hand with stitches on the pinky and with what appeared to be four metal rods inserted into the ring finger. The rods were connected to a device that appeared to be holding the finger in place. Portions of the hand appear to be oozing blood. In short, the hand appeared to be in serious need of further healing and medical attention.

2

FCI – Elkton, 8730 Scroggs Road, Elkton, OH 44415, no later than 2:00 p.m. on **June 16, 2021.**

    The Clerk is directed to send a copy of this Order to counsel of record, the United States Marshal for the Southern District of West Virginia, the Probation Office of this court, and the Warden of FCI – Elkton.  The Probation Office of this court is directed to forward a copy of this Order to the Probation Office of the Eastern District of Michigan.

    **IT IS SO ORDERED** this 12th day of February, 2021.

                                ENTER:

                                David A. Faber
                                Senior United States District Judge